### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| **FPI LIQUIDATION CORP.** | * | Case No. 11-10338-RAG |
| | * | (Chapter 11) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **EDWARD T. GAVIN,** | * | |
| as Trustee of the FPI Liquidating Trust, | * | |
| Plaintiff, | * | |
| v. | * | Adversary No. 12-00887-RAG |
| **CBS COLLEGIATE SPORTS PROPERTIES INC.,** | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41 (a), made applicable by Fed. R. Bankr. P. 7041, by and between the undersigned, that the above-captioned adversary proceeding is hereby dismissed with prejudice.

[remainder of page intentionally blank]

Dated: September 30, 2013

| WHITEFORD, TAYLOR & PRESTON L.L.P. | THE CREDITORS FIRM |
|---|---|
| s/ *Alan C. Lazerow* | s/ *Amy Kline* |
| Brent C. Strickland (Bar No. 22704) | Amy Kline (Bar No. 08382) |
| Stephen B. Gerald. (Bar No. 26590) | 35 Franklin Boulevard |
| Alan C. Lazerow (Bar No. 29756) | Reisterstown, Maryland 21136 |
| Seven Saint Paul Street | Telephone: (410) 526-9551 |
| Baltimore, Maryland 21202-1636 | akline@thecreditorsfirm.com |
| Telephone: (410) 347-8700 | |
| bstrickland@wtplaw.com | |
| sgerald@wtplaw.com | |
| alazerow@wtplaw.com | |

    - and -

Andrew W. Caine
Jeffrey P. Nolan
Michael R. Seidl
919 North Market Street
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
acaine@pszjlaw.com
mseidl@pszjlaw.com

*Counsel for Plaintiff, Edward T. Gavin, as*  *Counsel for Defendant*
*Trustee of the FPI Liquidating Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th of September, 2013, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties requesting such notice, and via first class mail, postage prepaid, to the following:

> Amy Kline
> The Creditors Firm
> 35 Franklin Boulevard
> Reisterstown, Maryland 21136

>> s/ *Alan C. Lazerow*
>> Alan C. Lazerow

*2066949*